**Electronically Filed
Supreme Court
SCAD-21-0000582
27-OCT-2021
09:25 AM
Dkt. 8 ORD**

SCAD-21-0000582

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

THOMAS DOMENICO SANDS, (HI Bar #9682),
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. 21-0228)

NOTICE AND ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Upon consideration of the petition for issuance of a reciprocal discipline notice upon Respondent Thomas Domenico Sands, filed on October 22, 2021 by the Office of Disciplinary Counsel (ODC) pursuant to Rule 2.15(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), the declaration and exhibits appended thereto, and the record in this matter, we conclude the record submitted warrants the issuance of a notice to Respondent Sands that imposition of the same or substantially equivalent discipline will be imposed upon him, pursuant to RSCH 2.15(c), in the State of Hawaiʻi, unless he shows cause as to why

such discipline is unwarranted. Finally, it appears Respondent Sands is not in the State of Hawaiʻi. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED that ODC shall serve this Notice and Order and a certified copy of the disciplinary decisions upon Respondent Sands by certified mail both at the Honolulu address registered with the Hawaiʻi State Bar Association and the California address found at Docket 2:2.

IT IS FURTHER ORDERED that Respondent Sands shall inform this court, within 30 days after service of this notice upon him, of his claim(s) and the reasons therefor as to why the imposition in this jurisdiction of an equivalent or substantially equivalent discipline is unwarranted.

DATED: Honolulu, Hawaiʻi, October 27, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd W. Eddins